USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA,             :
                                      :
           -v-                        :    05 Cr. 1262 (DLC)
                                      :
JORGE PLAZAS SILVA,                   :    MEMORANDUM OPINION
                      Defendant.      :    AND ORDER
                                      :
------------------------------------- X

DENISE COTE, District Judge:

Defendant Jorge Plazas Silva, a citizen of Colombia, pleaded guilty in this Court to one count of conspiracy to import five kilograms and more of cocaine, in violation of 21 U.S.C. §§ 812, 959, 960(a)(1) & (b)(1)(B), and 963, and one count of distributing five kilograms of cocaine or more intending that such cocaine would be imported into the United States, in violation of 21 U.S.C. § 959. On July 11, 2008, he was sentenced principally to thirty-six months' imprisonment; he is currently serving his sentence. Silva now moves this Court for "immediate deportation," contending that the Immigration and Nationality Act ("INA") provides for the deportation of nonviolent alien offenders prior to the completion of their term of imprisonment. His motion is denied.

The INA confers on the Attorney General the discretion to "remove an alien" in federal custody if

> if the Attorney General determines that (I) the alien is confined pursuant to a final conviction for a nonviolent offense . . . and

> (II) the removal of the alien is appropriate and in the best interest of the United States. . . .

8 U.S.C. § 1231(a)(4)(B)(i). The same provision of the INA provides that "[n]o cause or claim may be asserted under this paragraph against any official of the United States or of any State to compel the release, removal, or consideration for release or removal of any alien." Silva thus lacks standing to assert a claim for immediate deportation. Duamutef v. I.N.S., 386 F.3d 172, 182 (2d Cir. 2004). Accordingly, it is hereby

ORDERED that Silva's motion dated July 31, 2008 is denied.

SO ORDERED:

Dated:   New York, New York
         August 11, 2008

                                        _____
                                            DENISE COTE
                                        United States District Judge

Copies sent to:

Jorge Plazas Silva
Reg. No. 59839-054
FTC Fort Dix
P.O. Box 2000
Fort Dix, NJ 08640

Gerald J. Di Chiara
404 Park Avenue South
New York, NY 10016

Marc P. Berger
Kevin R. Puvalowski
United States Attorney's Office
One Saint Andrew's Plaza
New York, NY 10007